

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

Appellant's brief was originally due September 25, 2019. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 25, 2019. On October 25, 2019, appellant filed a motion requesting an additional extension of time to file the brief until November 25, 2019, for a total extension of sixty days. On December 3, 2019, appellant filed a third motion for extension of time requesting an extension until January 15, 2020, for a total extension of 112 days. We granted appellant's motion and cautioned her counsel that no further extensions of time would be considered absent extraordinary circumstances. On January 21, 2020, appellant filed a brief, alongside a fourth motion for extension of time that cited several reasons for the delay. After consideration, we GRANT appellant's motion.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court